UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| THOMAS ALEXANDER KREBS,<br>         Plaintiff, | No. C 12-3974 EDL |
| v. | **ORDER RE: ATTENDANCE AT MEDIATION** |
| CITY AND COUNTY OF SAN FRANCISCO, et al.<br>         Defendants._____/ | Date:      June 18, 2013<br>Mediator:  Arlene Rosen |

IT IS HEREBY ORDERED that the request to excuse the individually named police officers from participating in the June 18, 2013 mediation session before Arlene Rosen is GRANTED. A representative from the San Francisco Police Department shall attend instead of the police officers.

IT IS SO ORDERED.

June 17, 2013         By:  _____
Dated                             Maria-Elena James
                                  United States Magistrate Judge